P. RANDALL NOAH (SBN 136452)
Email: pnoah@ix.netcom.com
**LAW OFFICES OF P. RANDALL NOAH**
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fax. (925) 253-5542

Attorney for Plaintiff
**CRAIG ROBERTSON**

DENNIS J. RHODES (SBN 168417)
Email: Dennis.Rhodes@WilsonElser.com
**WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel: (415) 433-0990 / Fax: (415) 434-1370

Attorneys for Defendant
**PRINCIPAL LIFE INSURANCE COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CRAIG ROBERTSON,<br><br>          Plaintiff,<br><br>  v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case Number: 3:17-cv-03890 RS<br><br>**STIPULATION OF THE PARTIES FOR AN ORDER TO FILE THE ADMINISTRATIVE RECORD UNDER SEAL**<br><br>Honorable Richard Seeborg<br><br>LR 7-12 |

      Plaintiff Craig Robertson ("Plaintiff"), and Defendant Principal Life Insurance Company ("Principal Life"), through their attorneys of record, hereby stipulate to and request an order from the Court to permit the filing of the Administrative Record under seal for good cause as follows.

      1.     Pursuant to the Case Management Order adopted by this Court, the Parties are set to file cross-motions for judgment on May 17, 2018. The Parties will be referencing parts of the

1

Administrative Record in their respective motion. Principal Life will lodge a copy of the Administrative Record which contains Plaintiff's confidential medical and other health information which both Plaintiff and Defendant believe merits protection.

2. The parties agree that in order to protect Plaintiff's personal medical history and treatment, the Administrative Record should be filed under seal. Thus, the parties stipulate and request an order that the Administrative Record may be filed under seal in support of their cross-motions for judgment.

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED:

Date: May 8, 2018          LAW OFFICE OF P. RANDALL NOAH

By: */s/ P. Randall Noah*
   P. RANDALL NOAH
   **Attorneys for Plaintiff CRAIG ROBERTSON**

Date: May 8, 2018          WILSON, ELSER, MOSKOWITZ, EDELMAN
                           & DICKER LLP

By: */s/ Dennis J. Rhodes*
   DENNIS J. RHODES
   **Attorneys for Defendant**
   **PRINCIPAL LIFE INSURANCE COMPANY**

///
///
///
///
///
///
///
///

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Dennis J. Rhodes, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 8, 2018
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/Dennis J. Rhodes
DENNIS J. RHODES
Attorneys for Defendant
PRINCIPAL LIFE INSURANCE COMPANY

**ORDER**

Pursuant to the stipulation of the parties, it is so ordered. Principal Life may file the Administrative Record under seal.

**IT IS SO ORDERED.**

Date: 5/8/18
By: [signature]
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE